UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

       Petitioners,    19 **CIVIL** 6132  (ER)

                  JUDGMENT

  -against-

W.W. TIMBERS, INC.,

       Respondent.
-------------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 21, 2020, Plaintiffs' motion is granted; the Arbitration award is confirmed; judgment is entered in favor of Petitioners in the amount of $14,458.28 pursuant to the award, plus interest accruing at the annual rate of 7.5% from February 11, 2019 until the date of entry of judgment in the amount of $1,295.30; plus $797.50 in attorney's fees, and $75 in costs for a total sum of $16,626.08; accordingly, the case is closed.

**Dated:**  New York, New York
    April 22, 2020

                  RUBY J. KRAJICK
                _____
                 **Clerk of Court**
          **BY:**
            _____
                **Deputy Clerk**